

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00662-CV

Melissa **FUENTES**, Individually, and as Next Friend of Victor Robert Fuentes and Isabella
Elaine Fuentes, Minor Plaintiffs,
Appellant

v.

**TEXAS MUTUAL INSURANCE CO.**,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

# O R D E R

The trial court signed a final order on May 18, 2016. Appellants timely filed a motion for new trial on June 7, 2016. *See* TEX. R. CIV. P. 306a, 329b(a); *Williams v. Flores*, 88 S.W.3d 631, 632 (Tex. 2002).

Appellants' notice of appeal was due on August 16, 2016. *See* TEX. R. APP. P. 26.1(a); *Lane Bank Equip. Co. v. Smith S. Equip., Inc.*, 10 S.W.3d 308, 310 (Tex. 2000). A motion for extension of time to file a notice of appeal was due on August 31, 2016. *See* TEX. R. APP. P. 26.3; *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003) (per curiam). *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

Appellants filed an amended motion for new trial on August 11, 2016. *See Moritz v. Preiss*, 121 S.W.3d 715, 720 (Tex. 2003) ("[A]n amended motion for new trial filed more than thirty days after the trial court signs a final judgment is untimely.").

Appellants' notice of appeal was filed on October 10, 2016.

We ORDER Appellants to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P.

42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court